IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JESSE MATEO RODRIGUES** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-294-GPM |
| | ) | |
| **W.A. SHERROD** | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner **JESSE MATEO RODRIGUES** shall recover nothing, and the habeas corpus action be **DISMISSED on the merits**.

**DATED**: 10/19/09

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
        Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
        G. PATRICK MURPHY
        United States District Judge